# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2022-1037

———————————————

ALANA SAVELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Bay County.
Shonna Young Gay, Judge.

November 15, 2023

PER CURIAM.

Appellant Alana Savell appeals her convictions and sentences, after a jury trial, for two counts of aggravated battery with a firearm. She raises four issues challenging the trial court's rulings on an alleged discovery violation, certain evidentiary rulings, and allowing certain questions by the State during cross-examination of Appellant. Finding no abuse of the trial court's discretion, we affirm on these issues. *See Smiley v. State*, 295 So. 3d 156, 166 (Fla. 2020) (citing *Andres v. State*, 254 So. 3d 283, 293 (Fla. 2018)) (applying an "abuse of discretion standard to review a trial court's ruling on an alleged discovery violation"); *Mitchum v. State*, 345 So. 3d 398, 400 (Fla. 1st DCA 2022) (citing *Penalver v. State*, 926 So. 2d 1118, 1132 (Fla. 2006)) ("Generally, an appellate court reviews a trial court's ruling on the admissibility of evidence for an abuse of discretion.").

Appellant also raises two issues challenging the trial court's imposition of costs of prosecution under section 938.27(8), Florida Statutes (2016), and denials of her motions to correct these portions of her sentence under rule 3.800(b), Florida Rules of Criminal Procedure. The court's imposition of these costs is affirmed. *Parks v. State*, 48 Fla. L. Weekly D1524, 2023 WL 4924857 (Fla. 1st DCA Aug. 2, 2023); *Robinson v. State*, 256 So. 3d 217 (Fla. 5th DCA 2018).

AFFIRMED.

OSTERHAUS, C.J., and ROWE and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Kathryn Lane, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Michael Schaub, Assistant Attorney General, Tallahassee, for Appellee.